UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BENJAMIN L. HILL,

    Plaintiff,

v.

LINDA MARGARET GREENE,

    Defendant.

C24-5988-TSZ-TLF

ORDER

The Court having reviewed the Report and Recommendation, docket no. 9, of the Honorable Theresa L. Fricke, United States Magistrate Judge, the remaining record, and no objections having been filed, hereby finds and ORDERS:

(1)    The Court adopts the Report and Recommendation. The case is dismissed without prejudice.

(2)    The Clerk is directed to send a copy of this Order to the plaintiff pro se and to CLOSE the case.

IT IS SO ORDERED.

Dated this 11th day of April, 2025.

Thomas S. Zilly
United States District Judge

ORDER - 1